Henry I. Cohn, Appellant, v. New York Real Estate Security Company, Respondent.— Orders affirmed, with ten dollars costs and disbursements. No opinion.

Standard Fashion Company of New York, Appellant, v. Alphonzo R. Sawyer and Ella M. Brown, Copartners in Business under the Firm Name of A. R. Sawyer & Company, Respondents.— Order affirmed, with ten dol lars costs and disbursements, without passing on the right of the plaintiff to a permanent injunction, which must be determined on the trial.    No opinion.

Ulysses B. Brewster and William J. Brewster, as Coadministrators, etc., of Frederick Gillette Brewster, Deceased, and Other Stockholders, Plaintiffs, v. The F. G. Brewster Company, Appellant, Impleaded with Joseph Hartog and Others.    Eugene L. Parodi, Respondent.— Order affirmed, with ten dollars costs and disbursements.    No opinion.    (Ingraham, P. J., dissenting on his dissenting opinion in *People* v. *Oriental Bank*, 144 App. Div. 888, and *Fenn* v. *Ostrander, Inc.*, 133 id. 940.)

Ernest J. Knabe, Jr., Respondent, v. Catlin & Powell Company, Appellant.— Orders affirmed, with ten dollars costs and disbursements.    No opinion.

James F. Callbreath, Respondent, v. Edwin Van Antwerp, Defendant. William E. White, Appellant.— Order affirmed, with ten dollars costs and disbursements.    No opinion.

Oceanic Publishing Company, Respondent, v. Carlton Publishing Company and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements.    No opinion.    (Scott, J., dissented.)

Robert J. F. Schwarzenbach, Respondent, v. James H. Moran, Appellant. — Order affirmed, with ten dollars costs and disbursements.    No opinion.

The Associated Trade Press Company, Appellant, v. The National Five, Ten and Twenty-five Cent Magazine, Respondent.— Order affirmed, with ten dollars costs and disbursements.    No opinion.

Yatte Brukenfeld, Respondent, v. American Bonding Company, Appellant.— Order affirmed, with ten dollars costs and disbursements.    No opinion.

Margaret B. Coutant, Respondent. v. Jennie Coutant Mason, Appellant. — Order affirmed, with ten dollars costs and disbursements.    No opinion.

The People of the State of New York ex rel. William E. Golding v. James A. Henderson.    The People of the State of New York ex rel. Achilles Versos v. John C. McGuire.    Charles H. Baker v. City of New York.    Bernard Gredinger v. Thomas H. Higgins and Another.— Motions granted, with ten dollars costs.

The People of the State of New York v. Florence Wildrick.— Motion granted.

William J. Bryan v. Carl Safir.— Motion granted unless appellant complies with terms stated in order.

Louis Morris v. Gus Zimmerman.— Motion granted, with ten dollars costs.

The People of the State of New York ex rel. Gisela Dischler v. Louis Dischler.— Motion granted.